KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

February 26, 2015

*Handwritten order:* THE STAY CONTINUES. PLAINTIFF'S COUNSEL IS TO PROVIDE A STATUS REPORT CONCERNING THE ACE & LXS APPEALS NO LATER THAN 5-27-15

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
2-27-15

**Via ECF and Hand Delivery**
Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Lehman XS Trust, Series 2006-GP2 (LXS 2006-GP2), by U.S. Bank National Association, solely in its capacity as Trustee, et al. v. GreenPoint Mortgage Funding, Inc.,*
Civ. Action Nos. 12-CV-7935, 12-CV-7942, 12-CV-7943 (ALC)(HBP)

Dear Judge Pitman:

We represent the Plaintiff Trustee in the above consolidated actions. On November 24, 2014, at the parties' request, Your Honor stayed the Phase I summary judgment briefing schedule in this matter in light of two pending appeals that bear directly on the Phase I issues, *ACE Sec. Corp. v. DB Structured Prods., Inc.*, 112 A.D.3d 522 (1st Dep't 2013), *appeal granted*, Motion No. 2014-436, 2014 N.Y. LEXIS 1406, at *1 (N.Y. June 26, 2014) (the "*ACE* Appeal"); and *Lehman LXS Trust, Series 2006-4N ex rel. U.S. Bank Nat'l Ass'n v. GreenPoint Mortg. Funding, Inc.*, 991 F. Supp. 2d 472 (S.D.N.Y. 2014), *appeal pending*, No. 14-399, Dkt. No. 1 (2d Cir. Feb. 7, 2014) (the "*LXS* Appeal") (the "November 24, 2014 Order"). Your Honor also ordered Plaintiff to provide a status report concerning this consolidated action and the *ACE* Appeal no later than February 27, 2015.

Plaintiff has very recently learned that the oral argument of the *ACE* Appeal before the New York Court of Appeals has been scheduled for April 30, 2015. The status of the above consolidated actions is otherwise unchanged since Your Honor's November 24, 2014 Order.

Respectfully submitted,

David J. Abrams

cc:   Honorable Andrew L. Carter (via Hand Delivery)
Theodore R. Snyder (via ECF)
James K. Goldfarb (via ECF)
James A. Murphy (via ECF)
Cameron S. Matheson (via ECF)